UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TERCERO GONZALEZ,<br><br>                            Petitioner,<br><br>v.<br><br>KRISTI NOEM, CHRISTOPHER J. LAROSE, GREGORY J. ARCHAMBEAULT, TODD LYONS, PAMELA BONDI, IMMIGRATION AND CUSTOMS ENFORCEMENT, DEPARTMENT OF HOMELAND SECURITY,<br><br>                           Respondents. | Case No.: 25-cv-3417-JO-DEB<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |

      Petitioner Juan Tercero Gonzalez ("Petitioner") filed a petition for writ of habeas corpus. Dkt. 1. On December 18, 2025, the Court held oral argument on the petition. For the reasons stated on the record at oral argument, the Court ORDERS as follows:

     (1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the second claim for relief, brought under the Fifth Amendment Due Process Clause.

     (2) Respondents are ORDERED to release Petitioner by 12 p.m. on December 19, 2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on December 22, 2025.

(3) Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge where the Government bears the burden of proving by clear and convincing evidence that renders Petitioner a danger to the community or a flight risk.

(4) Respondents shall file a written declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: December 18, 2025

_____

Honorable Jinsook Ohta
United States District Judge